Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS, INC., a Pennsylvania corporation, individually and doing business as "FREE PEOPLE"; THE TJX COMPANIES, INC., a Delaware Corporation, individually and doing business as "T.J. MAXX;" and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:23-cv-00516-MWF-AS<br>_Hon. Michael W. Fitzgerald Presiding_<br><br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND DEFENDANTS' COUNTERCLAIMS WITHOUT PREJUDICE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff and Counter-Defendant Star Fabrics, Inc. ("Plaintiff"), on the one hand, and Defendants and Counterclaimants Urban Outfitters, Inc. along with URBN US Retail LLC (the successor in interest to Free People of PA LLC) individually and doing business as "FREE PEOPLE," and The TJX Companies, Inc. individually and doing business as "T.J. MAXX" (collectively, "Defendants" or "Counterclaimants"), on the other hand, hereby stipulate that Plaintiff's claims against Defendants are dismissed in their entirety *with prejudice*, and Counterclaimants' counterclaims against Plaintiff are dismissed in their entirety *without prejudice*.  The Parties will each bear their own costs and attorneys' fees.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and per that rule does not require an Order.

SO STIPULATED.

Dated:  April 7, 2023          By:     */s/ Stephen M. Doniger*
                                        Stephen M. Doniger, Esq.
                                        Trevor W. Barrett, Esq.
                                        Kelsey M. Schultz, Esq.
                                        DONIGER / BURROUGHS
                                        Attorneys for Plaintiff and
                                        Counter-defendant Star Fabrics, Inc.


Dated:  April 7, 2023          By:     */s/ Hazel Mae B. Pangan*
                                        Hazel Mae B. Pangan, Esq.
                                        GORDON REES SCULLY
                                        MANSUKHANI, LLP
                                        Attorneys for Defendants and
                                        Counterclaimants Urban Outfitters, Inc.,
                                        URBN US Retail LLC (the successor in
                                        interest to Free People of PA LLC), and
                                        The TJX Companies, Inc.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Stephen M. Doniger*

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND DEFENDANTS' COUNTERCLAIMS WITHOUT PREJUDICE